UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

METROMONT CORPORATION,         *
P.O. Box 2486
Greenville, SC  29602          *

2802 White Horse Road          *
Greenville, SC  29611
                               *    Civil Action No.
    Plaintiff,
v.                             *

ALLAN MYERS, L.P.,
1805 Berks Road                *
Worcester, PA  19490
                               *
SERVE ON:  RESIDENT AGENT      *
The Corporation Trust, Inc.
2405 York Road, Suite 201      *
Lutherville, MD  21093

    Defendant.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## COMPLAINT

Plaintiff Metromont Corporation ("Metromont"), a material supplier, sues its general contractor, Defendant Allan Myers, L.P. ("Allan Myers"), seeking damages for breach of contract related to a Baltimore City public-works project and alleging:

### NATURE OF THE ACTION

1. This is a civil action for breach of contract. Plaintiff performed under the agreement, but Defendant refuses to pay.

2. Plaintiff Metromont agreed in a written purchase order, as amended, to make and deliver more than $4 million worth of precast concrete products (double tee beams and inverted

tee girders) and related connections to Defendant Allan Myers, the general contractor on a project for the City of Baltimore, Department of Public Works.

3. Metromont did what it agreed to do, according to the contract's specifications. It now demands payment from Allan Myers, as provided in the contract.

4. Yet, because of an ongoing dispute between the City and Allan Myers over the larger project, Allan Myers refuses to pay Metromont for the work that Metromont did.

5. Allan Myers's dispute with the City provides no legal basis for refusing to pay Metromont for the work that Metromont long ago completed. Metromont is entitled to full payment from Allan Myers.

## PARTIES

6. Plaintiff Metromont is a South Carolina corporation organized under the laws of South Carolina with its principal place of business in Greenville, South Carolina.

7. Defendant Allan Myers is a Pennsylvania corporation organized under the laws of Pennsylvania with its principal place of business in Pennsylvania.

## JURISDICTION AND VENUE

8. The Court has subject matter jurisdiction under 28 U.S.C. § 1332(a)(2), as there is complete diversity of citizenship between Plaintiff and Defendant and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

9. Venue is proper in this district under 28 U.S.C. § 1391(b)(2), because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in Baltimore City.

## FACTS

10. In 2009, the City awarded Allan Myers a $36,992,950.00 contract (Water Contract No. 1160-R) to build an enclosed concrete reservoir for Montebello Plant 2, a water-

filtration plant. The enormous reservoir, whose 665' x 490' floor is roughly the size of six football fields, is designed to hold millions of gallons of treated water.

11. As the general contractor for the project, Allan Myers agreed to pay a material supplier, Plaintiff Metromont, $4,261,611.00 to make and deliver three things: precast concrete double tee beams, inverted girders, and connections, all of which comprise the enclosed reservoir's precast concrete roof.

12. Although Allan Myers initially proposed making its payment to Metromont conditional upon the City first paying Allan Myers, Allan Myers agreed to delete that condition when it signed the agreement on July 28, 2010. *See* Ex. A, Apr. 6, 2010 (p. 5 "Payment").

13. Metromont designed, manufactured, and delivered the three structural components that it had agreed to deliver: double tee beams, inverted tee girders, and connections.

14. Metromont manufactured the components according to Allan Myers's prescribed specifications, which incorporated the plans and specifications of the City of Baltimore.

15. The plans and specifications for the roof of the enclosed concrete reservoir were prepared for the City of Baltimore by Whitman, Requardt & Associates ("WRA") in its capacity as the "registered design professional in responsible charge" for the Project (the "Project"). Dillon Engineering, Inc. ("DEI") is the "registered design professional" for structural design of the Project. The Project encompasses all work contemplated by "Water Contract No. 1160-R."

16. Metromont was a material supplier under purchase order, as amended, and was not responsible for means and methods of construction or the placement of materials.

17. The reservoir's large roof system experienced problems with cracking concrete at various connection points in July 2011 because, once connected, the enormous rigid structure could not accommodate movement caused by thermal and seismic pressures.

18. The City and the General Contractor, Allan Myers, after studying the problem, agreed to alter the roof connections by replacing the rigid welded connections with "slip-joints" that accommodated the seismic and thermal pressure. This change constituted a material and fundamental change in the original plans and specifications from the City of Baltimore.

19. Metromont did **not** design the modifications of the original plans and specifications. These modifications to replace rigid welded connections with slip joints were **not** part of the original plans and specifications issued by the City of Baltimore.

20. In 2014, the City of Baltimore paid its General Contractor, Allan Myers, the final payment for the components provided by Metromont. But, despite repeated demands, Allan Myers has refused to pay this money to Metromont.

21. During the eight years that Allan Myers was attempting to complete its work on the Project with Baltimore City, the registered design professionals, WRA and DEI, questioned the strength and structural capacity of the enclosed reservoir's roof. To satisfy the City, Metromont worked with Allan Myers to retain structural engineers to test the roof and its components. Although Metromont spent well over $114,000 to pay for the testing by experts, Metromont agreed with Allan Myers and the City to accept $114,000 for its out-of-pocket testing expenses. As agreed upon, the City paid $114,000 to Allan Myers in May of 2017, but Allan Myers has repeatedly refused to turn that money over to Metromont.

22. Shop drawings for its components were completed by Metromont and submitted to the General Contractor, Allan Myers, who submitted them to WRA as the "Engineer in Responsible Charge." WRA apparently reviewed the shop drawings and marked them "Revise & Return" on or about September 10, 2010. Shop drawings were revised by Metromont and re-submitted to Allan Myers, who re-submitted them to WRA as the "Engineer in Responsible

Charge." WRA received the revised shop drawings on or about September 21, 2010, and marked the drawings "Receipt Acknowledged," which was **not** consistent with WRA's duties under its contract with the City.

## COUNT I
## (Breach of Contract)

23. Plaintiff Metromont incorporates all preceding allegations.

24. Defendant Allan Myers owed a contractual duty to pay Plaintiff Metromont for the materials that Metromont supplied under the July 28, 2010 contract.

25. Defendant Allan Myers breached its obligation by not paying Metromont.

26. Plaintiff Metromont has incurred damages of at least $1,015,000.00, plus pre- and post-judgment interest, from Allan Myers's breach.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Metromont asks that the Court enter judgment in its favor and against Defendant and award it all damages available under law and any other relief that the Court considers appropriate and just.

Dated:  December 19, 2018        */s/ Sidney G. Leech*
Sidney G. Leech (Federal Bar # 00018)
sgl@gdldlaw.com
Derek M. Stikeleather (Federal Bar #27815)
dstikeleather@gdldlaw.com
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 783-4000; Fax: (410) 783-4040
***Attorneys for Plaintiff, Metromont Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December 2018, a copy of the foregoing Complaint was filed electronically via the PACER system and mailed via first-class mail, postage prepaid, to:

>Curtis C. Coon
>Brady L. Thompson
>Coon & Cole, LLC
>410 Washington Avenue
>Suite 501
>Towson, Maryland  21204
>  ***Counsel for Allan Myers, L.P.***

>                   */s/ Sidney G. Leech*
> Sidney G. Leech (Federal Bar # 00018)