IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

METROMONT CORPORATION  :

                                  :

   v.                        :   Civil Action No. DKC 18-3928

                                  :

ALLAN MYERS, L.P.

                                  :

**ORDER TO SHOW CAUSE**

As discussed during the preliminary pre-trial conference this morning, an in-person bench trial will not be possible on the current trial date of January 25, 2021. Even if the Baltimore courthouse emerges from the current suspension of all in-court proceedings on January 19, 2021, the number of parties and counsel involved exceed the capacity of the reconfigured courtrooms. (No more than eight total individuals can be in the well of the courtrooms, including parties, counsel, paralegals, technical assistants, etc.) Given the current COVID statistics and the timeline for vaccinations, it likely will be several months before an in-person trial will be feasible. Accordingly, the court proposes to conduct this trial via the video conferencing platform zoomgov.com. The court understands that there is a preference for in-person proceedings, but concludes that there is good cause, in compelling circumstances, to conduct the trial virtually.

Any party that disagrees must show cause, no later than December 30, 2020, why the trial should not proceed virtually.

/s/
DEBORAH K. CHASANOW
United States District Judge