## UNITED STATES DISTRICT COURT
### DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

December 31, 2020

TO: Counsel

RE: Metromont Corporation v. Allan Myers, L.P.
    Civil Action No. DKC 18-3928

Dear Counsel:

    Myers has just filed an emergency motion for a protective order concerning a deposition set for Monday.  The court is closed today, so I have no ability to convene a recorded conference.  It is not clear that the motion could not have been filed a little sooner, nor why the matter was not raised during the conference on December 18, but the substance of the motion causes concern.  If the deposition had been scheduled for October, and cancelled by Metromont, why was it not until earlier this month that the rescheduling was attempted?  I understand that the deponent is not available on Monday, in any event.

    Ultimately, however, the urgency may be illusory.  Myers' response to the order to show cause raises legitimate objections to conducting the trial via zoomgov at the end of January.  I was going to wait until Wednesday, when we are scheduled to resume our pretrial conference, to hear from Metromont and then to decide whether to postpone trial.  Accordingly, the deposition will not proceed on Monday, January 4, and, if trial is not postponed, we will discuss the scheduling of the deposition along with other matters of trial preparation.

    Despite the informal nature of this letter it constitutes an Order of the Court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW  
United States District Judge