**UNITED STATES DISTRICT COURT**
DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

January 6, 2021

TO:  Counsel

RE:  Metromont Corporation v. Allan Myers, L.P.  
     Civil Action No. DKC 18-3928

Dear Counsel:

   This will confirm the matters discussed and the schedule set during the pretrial conference.  In consideration of the current public health emergency, the bench trial currently scheduled January 25, 2021, is rescheduled to begin June 7, 2021, either in court or via zoomgov.com.  Court staff will assist in facilitating a virtual trial and are available to answer questions or discuss the mechanics.  The period beginning September 8, and continuing through September 15 is an alternate trial date, should the June date not be feasible for any reason.

   Despite the informal nature of this letter, it constitutes an Order of the Court and the clerk is instructed to docket it as such.

                              Very truly yours,

                                   /s/

                              DEBORAH K. CHASANOW
                              United States District Judge

cc:  Court File