IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

METROMONT CORPORATION       :

                                  :

v.       :   Civil Action No. DKC 18-3928

                                  :

ALLAN MYERS, L.P.       :

                                  :

**JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, it is this 3rd day of August, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. Judgment BE, and the same hereby IS, ENTERED in favor Of Metromont Corporation and against Allan Myers, L.P. on the breach of contract claim in the complaint in the amount of $1,387,363.23;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Metromont Corporation and against Allan Myers, L.P., on all claims in the counterclaim asserted by Myers (breach of contract, breach of warranty, design negligence, and indemnity);

3. Judgment BE, and the same hereby IS, ENTERED in favor of Travelers Casualty & Surety Company of America and against Allen Myers, L.P. on the third-party indemnity claim asserted by Myers;

4.   All prior rulings are incorporated herein and this judgment is final for purposes of Fed.R.Civ.P. 58; and

5.   The clerk will transmit copies of the Memorandum Opinion to Counsel and CLOSE this case.

_____/s/_____<br>
DEBORAH K. CHASANOW<br>
United States District Judge