```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                                   :
METROMONT CORPORATION
                                   :
    v.                             :   Civil Action No. DKC 18-3928
                                   :
ALLAN MYERS, L.P.
                                   :
```

**MEMORANDUM OPINION**

Metromont Corporation filed a notice on August 18, 2021, notifying the court that its Judgment dated August 3, 2021 omitted $72,000 in testing costs from its award. (ECF No. 137). Specifically, the court's memorandum opinion states that "Metromont has proven it is entitled to $72,000, but not more, on the claim for testing cost of reimbursement." (ECF No. 135, at 6). The memorandum opinion, however, goes on to award a grand total of $1,387,363.23 consisting of: $901,077.55 due to Metromont on its breach of contract claim for component parts, $476,806 in prejudgment interest on the component parts until May 31, 2021, and $9,479.68 in prejudgment interest from May 31, 2021 to the date of the opinion. The Judgment erroneously failed to include the $72,000 owed to Metromont Corporation for reimbursement of testing costs. The Judgment should have included such cost and

indicated that the grand total award was $1,459,363.23. An amended Judgment will be issued pursuant to Fed.R.Civ.P. 60(a).

                                                   /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge