IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| METROMONT CORPORATION | : |
| | : |
| v. | : Civil Action No. DKC 18-3928 |
| | : |
| ALLAN MYERS, L.P. | : |
| | : |

**AMENDED JUDGMENT**

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of August, 2021, by the United States District Court for the District of Maryland, ORDERED that:

1. The Judgment entered August 3, 2021 (ECF No. 136) is hereby amended pursuant to Fed.R.Civ.P. 60(a) as follows: $72,000 will be added to the award owed to Metromont Corporation by Allan Myers, L.P., bringing the total award owed to Metromont Corporation to $1,459,363.23;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Metromont Corporation and against Allan Myers, L.P. on the breach of contract claim in the complaint in the amount of $1,459,363.23;

3. All other provisions in the original Judgment remain unchanged; and

4.    The clerk will transmit copies of the Memorandum Opinion

and this Order to counsel for the parties.


                                         /s/
                                      DEBORAH K. CHASANOW
                                      United States District Judge